# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 09-5039-01-CR-SW-GAF ) |
| COLBY WILLIAMS, | ) ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress (Doc. #19). Defendant moves to suppress the statement he made to Team Expansion members and subsequently to federal agents, and any evidence seized as a direct or indirect result of such illegal statement.

On May 26, 2010, United States Magistrate Judge James C. England conducted an evidentiary hearing on the motion to suppress.

On June 9, 2010, United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. #26). On June 24, 2010, Defendant's Exceptions to the Report and Recommendations (Doc. #24) was filed.

Upon careful and independent review of the pending motion and suggestions in support thereof, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #19) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 29, 2010